**IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| FENDI S.R.L.,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE A,<br><br>        Defendants. | Case No. 25-cv-11084<br>District Judge  Matthew F. Kennelly |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff, Fendi S.R.L. ("Fendi"), commenced this action against the stores operating under the seller aliases identified in Schedule A to the Complaint (collectively, "Defendants").

This Court finds that Fendi completed service of process on Defendants on 2025-09-25, by providing notice by email and via electronic publication on a website, along with any notice that Defendants received from e-commerce website and payment processors, being reasonably calculated under all circumstances to appraise Defendants of the pendency of this action and affording them the opportunity to answer and present their objections.

This Court also finds that it has personal jurisdiction over Defendants since Defendants directly target their business activities toward consumers in the United States, including Illinois by setting up and operating stores that target United States consumers using one or more Seller

Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products using infringing and counterfeit versions of Fendi's federally registered trademarks (the "Fendi Trademarks") to residents of Illinois (a non-exclusive list of which is included in the below chart).

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 4,409,049 | FENDI | October 1, 2013 | For: Bags, namely, shoulder bags, travelling bags, handbags, waist packs, duffle bags, tote bags, clutch bags, trunks, wallets, purses, briefcases, suitcases, backpacks, rucksacks, vanity cases, carry-on bags, beach bags, umbrellas in class 18<br><br>For: Eyeglasses, sunglasses, eyeglass frames and eyeglass cases; bags, cases and sleeves specially adapted for holding mobile phones, headphones in class 9<br><br>For: Jewelry of precious and non-precious metal, namely, bracelets, necklaces, neck chains and rings, brooches, earrings, pendants, cuff-links, jewelry cases; clocks, wristwatches in class 14<br><br>For: Articles of clothing for men, women and children, namely, pullovers, cardigans, sweaters, jackets, sweatshirts, blouses, shirts, trousers, skirts, T-shirts, dresses, men's suits, coats, shawls, scarves, neckties, gloves, belts, shoes, boots, sandals, slippers, hats and caps in class 25 |
| 2,648,256 | [logo] | November 12, 2002 | For: traveling bags, briefcases, handbags, shoulder bags, men's bags, tote bags, wallets, purses in class 18 |

| 4,362,861 | | July 9, 2013 | For: Bags, namely, shoulder bags, travelling bags, handbags, waist packs, duffle bags, tote bags, clutch bags, trunks, wallets, purses, briefcases, suitcases, backpacks, rucksacks, vanity cases, carry-on bags, beach bags, umbrellas in class 18<br><br>For: Eyeglasses, sunglasses, eyeglass and sunglass lenses, eyeglass frames in class 9<br><br>For: Jewelry of precious and non- precious metal, namely, bracelets, necklaces, neck chains and rings, earrings, watches, wristwatches in class 14<br><br>For: Articles of clothing for men, women and children, namely, pullovers, cardigans, sweaters, jackets, sweatshirts, blouses, shirts, trousers, skirts, T-shirts, dresses, men's suits, coats, shawls, scarves, neckties, gloves, belts, shoes, boots, sandals, slippers, hats and caps in class 25 |
|---|---|---|---|

This Court finds that a preliminary injunction is warranted at this stage in the litigation process. Accordingly, this Court hereby orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be enjoined and restrained from:

    a. Using the Fendi Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution,

    b. marketing, advertising, offering for sale, or sale of any product that is not

    c. a genuine Fendi product or not authorized by Fendi to be sold in connection with the Fendi Trademarks;

    d. Passing off, inducing, or enabling others to sell or pass off any product as a genuine Fendi product or any other product produced by Fendi, that is not Fendi's or not produced under the authorization, control, or supervision of Fendi

and approved by Fendi for sale under the Fendi Trademarks;

e. Committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Fendi, or are sponsored by, approved by, or otherwise connected with Fendi;

f. Further infringing the Fendi trademarks and damaging Fendi's goodwill; and

g. Manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Fendi, nor authorized by Fendi to be sold or offered for sale, and which bear any of the Fendi Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of the Defendants' online stores, including, without limitation, any online marketplace platforms and payment processors such as PayPal, Inc., eBay, Inc., AliExpress, Alipay, Alibaba Group Holding Ltd., Amazon.com, Amazon Pay, DHgate, Ant Financial Services Group, Walmart and Etsy (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. Using, linking to, transferring, selling, exercising control over, or otherwise owning the online accounts associated with the Seller Aliases, or any other online

        account that is being used to sell or is the means by which Defendants could continue to sell counterfeit and infringing goods using the Fendi Trademarks; and

        b.      Operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Fendi Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Fendi product or not authorized by Fendi to be sold in connection with the Fendi Trademarks.

        c.      Upon Fendi's request, those with notice of this Order, including the Third Party Providers, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Fendi Trademarks.

3. Fendi may serve this Order by e-mail delivery to the e-mail addresses Fendi used to serve the Temporary Restraining Order on the Third Party Providers.

Date: 10/6/2025

_____
MATTHEW F. KENNELLY
United States District Judge

**Schedule of Defendants**

| No | Seller Name | Product URL |
|---|---|---|
| 1 | anas.ofiaap | https://www.instagram.com/anas.ofiaap?igsh=MXR1ZjB3Mmxucnpicw== |
| 2 | aneesa_fashion_a | https://www.instagram.com/aneesa_fashion_a?igsh=MWdwZm9nd3V3aGFidw== |
| 3 | annalala_143 | https://www.instagram.com/annalala_143?igsh=MXh3aWR5eXdjeGszYg== |
| 4 | george_consultant_ | https://www.instagram.com/george_consultant_?igsh=NGpyMGVsd2dvM2N2 |
| 5 | glamorousbagworld | https://www.instagram.com/glamorousbagworld?igsh=YWIzZDB0OTIxM3d6 |
| 6 | highend_product_lina | https://www.instagram.com/highend_product_lina?igsh=MjR4eHU2cnkyd3E4 |
| 7 | kathyfashion.co | https://www.instagram.com/kathyfashion.co?igsh=bjh3MXFxYTA2bnBw |
| 8 | luxurykitten_fashion | https://www.instagram.com/luxurykitten_fashion?igsh=MXNjNThrd3MxOHpxcA== |
| 9 | purplestarskybag | https://www.instagram.com/purplestarskybag?igsh=MWRuZmIzZm83M2MyOQ== |
| 10 | putian9617 | https://www.instagram.com/putian9617?igsh=MTZ6eTMwdmQ0YTIz |
| 11 | speedrunsr_bag | https://www.instagram.com/speedrunsr_bag/ |
| 12 | wangwuyou990 | https://www.instagram.com/wangwuyou990?igsh=MXViYmtxa3Q1cnNqaA== |
| 13 | yor.len56 | https://www.instagram.com/yor.len56?igsh=bzdsdm9tNGV1dG0z |